IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Lee Eugene Eobo
Full name and prison number
of plaintiff(s)

v.

~~Doctor Keneth~~
DOCTOR KENNETH NICHOLS,
TINA ELLIS MTA, SOUTHERN
HEALTH PARTNERS
SERVICES, et.al.,
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV969-K W
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:
         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __AUTAUGA METRO JAIL 136 NORTH COURT STREET PRATTVILLE, AL 36067__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __SAME AS ABOVE__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                    ADDRESS

1. __DOCTOR KENNETH NICHOLS  136 N. CT. ST. PRATTVILLE AL. 36067__
2. __TINA ELLIS MTA  136 NORTH COURT STREET PRATTVILLE AL. 36067__
3. __SANDRA CORSON MTA  136 NORTH COURT ST. PRATTVILLE "__
4. __SOUTHERN HEALTH PARTNERS  136 N. CT. ST. PRATTVILLE, AL__
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __ON OR ABOUT SEPTEMBER 6TH 2006 FELL IN CELL 601 AND HURT NECK AND BACK__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __THE JAIL IS OVERCROWDED WITH PEOPLE SLEEPING ON THE FLOOR 3 AND 4 IN A CELL DESIGNED FOR ONLY 2 PRISONERS. THERE ARE THREE INMATES IN MY CELL, ONE SLEEPING ON THE FLOOR. I TRIPPED OVER HIS MAT AND FELL WHERE I HIT MY HEAD AND NECK ON THE BED FRAME OF THE BOTTOM BUNK.__

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I FELL IN 6 POD WHEN ENTERING THE CELL AFTER GETTING OUT OF THE SHOWER. AS I TRIED TO ENTER OUR CELL MY FEET GOT HUNG UP IN THE COVERS OF THE INMATES MAT WHICH IS ON THE FLOOR WHERE HE HAS TO SLEEP DUE TO THE OVERCROWDING IN THE JAIL. I HURT MY BACK AND NECK.

**GROUND TWO:** I TRIED TO SEEK MEDICAL ATTENTION BUT WAS TOLD TO FILL OUT A SICK CALL SLIP. I DID AND DID NOT GET TO SEE NURSE OR DOCTOR.

**SUPPORTING FACTS:** I KEPT FILLING OUT MEDICAL SLIPS — WHEN I WAS LUCKY ENOUGH TO GET ONE FROM THE ROVER CORRECT. OFFICER OR ONE OF THE MTA'S. I FINALLY GOT TO SEE A MTA; TINA ELLIS ON OCTOBER 10TH 2006 SHE DID A QUICK LOOK AT MY NECK AND BACK AND SAID THERE WAS NOTHING WRONG WITH ME. I ASKED HER TO

**GROUND THREE:** PLEASE ORDER SOME X-RAYS BECAUSE I WAS IN SERIOUS PAIN

**SUPPORTING FACTS:** I FINALLY GOT TO SEE DOCTOR NICHOLS TODAY [10-26-06] AND ASKED HIM TO EXAMINE MY NECK & BACK AND ASKED FOR AN XRAY TO BE MADE DUE TO THE SEVERE PAIN I'VE BEEN EXPERIENCING. HE WOULD NOT ORDER A XRAY AND WOULD NOT GIVE ME MUSCLE RELAXER NOTHING WAS DONE BUT TO GIVE ME AN IBREPROPHEN TO TAKE FOR PAIN. I AM STILL IN SEVERE PAIN AND THE DOCTOR WILL NOT SEE ME.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I WOULD ASK THE HONORABLE COURT TO INTERVENE IN THIS MATTER AND ORDER THE RESPONDENTS TO TREAT MY SEVERE PAIN AND TO SEND ME TO A NEUROLOGIST TO X-RAY MY BACK AND NECK TO SEE WHAT I'VE DONE TO MYSELF WHEN I FEEL

*Signature of plaintiff(s):* Lee E Esco

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-20-06
(Date)

*Signature of plaintiff(s):* Lee E Esco

*Witness:* James W Bran

CONTINUED
VI. I WOULD SEEK DECLATORY, CUMLATIVE, PUNITIVE AND MONETARY DAMAGES.

4