**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Barbara G. Rhodes* ☐ Agent ☐ Addressee

B. Received by (Printed Name): BARBARA G. RHODES
C. Date of Delivery: 10/31/06

D. Is delivery address different from item 1? ☑ Yes
enter delivery address below: ☐ No

*Dcw969 po+cnf*

1. Southern Health Partners Services
Autauga County Jail
136 North Court Street
Prattville, AL 36067

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2526

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Barbara G. Rhodes* ☐ Agent ☐ Addressee

B. Received by (Printed Name): BARBARA G. RHODES
C. Date of Delivery: 10/31/06

address different from item 1? ☑ Yes
enter delivery address below: ☐ No

1. Tina Ellis, MTA
Autauga County Jail
136 North Court Street
Prattville, AL 36067

*Dcw969 po+cnf*

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2861

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

A. Signature
X *Barbara G. Rhodes* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Barbara G. Rhodes
C. Date of Delivery: 10/3/06

very address different from item 1? ☐ Yes
enter delivery address below: ☐ No

Sandra, Corson
MTA Autauga County Jail
136 North Court Street
Prattville, AL 36067

*Dcw969 po+cnf*

3. Service Type
☐ Certified Mail ☐ Express Mail