IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEE EUGENE ESKO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-969-WKW |
| | ) | (WO) |
| DOCTOR KENNETH NICHOLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 11, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby that:

1.      The Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED.

2.      This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 2nd day of February, 2007.


                          /s/   W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE