IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEE EUGENE ESKO,                          )
                                          )
           Plaintiff,                     )
                                          )
v.                                        )          CASE NO. 2:06-cv-969-WKW
                                          )                    (WO)
DOCTOR KENNETH NICHOLS, *et al.*,         )
                                          )
           Defendants.                    )

### FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER,

JUDGMENT, and DECREE of the court that this action be and is hereby dismissed without

prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of February, 2007.

            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE